| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>TROTT, Stephen S. | 2. Court or Organization<br><br>Ninth Circuit Court of Appeals | 3. Date of Report<br><br>04/16/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Circuit Judge, Senior Status | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. Courthouse
550 W. Fort Street, Room 667
Boise, Idaho 83724

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Boise Philharmonic Foundation |
| 2. | Advisory Committee Member | Childrens Home Society of Idaho |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2017 | Vested interest in a retirement plan maintained by Los Angeles Cnty, CA. I was employed as an attorney between 1965/1981. I draw a retirement income monthly. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 04/16/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Los Angeles County California Retirement | $13,000.00 |
| 2. | 2017 | "Highwaymen" LLC, Record Sales & Performance Fees | $4,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 04/16/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 04/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Acct. 55 (H) | | | | | | | | | |
| 2. Chevron Corp CVX | D | Dividend | M | T | | | | | |
| 3. Exxon Mobil Corp XOM | B | Dividend | L | T | | | | | |
| 4. Realty Income Corp Reit O | C | Dividend | L | T | | | | | |
| 5. Acct. 57 (H) | | | | | | | | | |
| 6. (American Funds) Growth Fund of America Class F GFFFX | A | Dividend | K | T | | | | | |
| 7. (American Funds) Growth Fund of America Class F GFFFX | A | Dividend | K | T | Sold (part) | 02/28/17 | J | A | |
| 8. (Clearbridge) Value Trust TR Inc NAV (LMNVX) | A | Dividend | K | T | | | | | |
| 9. Vanguard Index Vanguard 500 Index 500 Index FD Admiral Shares (VFIAX) | B | Dividend | K | T | | | | | |
| 10. Vanguard Index Vanguard 500 Index 500 Index FD Admiral Shares (VFIAX) | A | Dividend | K | T | Sold (part) | 02/28/17 | K | A | |
| 11. Vanguard Sm Cap Index Admiral Shares (VSMAX) | A | Dividend | J | T | | | | | |
| 12. Vanguard Sm Cap Index Admiral Shares (VSMAX) | A | Dividend | J | T | Sold (part) | 02/28/17 | J | A | |
| 13. Vanguard BD Index FDS Short Term BD Index FD Admiral SHS (VBIRX) | A | Dividend | K | T | | | | | |
| 14. Vanguard BD Index FDS Short Term BD Index FD Admiral SHS (VBIRX) | A | Dividend | K | T | Buy (add'l) | 02/28/17 | K | | |
| 15. Vanguard Fixed Income Sec. FD Short (VFSUX) | A | Dividend | K | T | | | | | |
| 16. Vanguard Index TR Mid-Cap Index Fund Admiral Shares (VIMAX) | A | Dividend | K | T | | | | | |
| 17. Vanguard Index TR Mid-Cap Index Fund Admiral Shares (VIMAX) | A | Dividend | K | T | Sold (part) | 02/28/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 04/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard BD Index FDS Total Bond Mkt Index FD Admiral Shares (VBTLX) | B | Dividend | J | T | | | | | |
| 19. Cash & Money Market - Evergreen US Govt Portfolio | A | Interest | K | T | | | | | |
| 20. DFA US Targeted Value Port DFFVX | A | Dividend | K | T | | | | | |
| 21. DFA World Ex US Core DFWIX | A | Dividend | L | T | | | | | |
| 22. DFA World Ex US Core DFWIX | A | Dividend | J | T | Buy (add'l) | 02/28/17 | J | | |
| 23. DFA US Large Cap Value DFLVX | A | Dividend | K | T | | | | | |
| 24. SCH ST US TRSR SCHO | A | Dividend | J | T | | | | | |
| 25. SCH ST US TRSR SCHO | A | Dividend | J | T | Buy (add'l) | 01/29/17 | J | | |
| 26. SCH ST US TRSR SCHO | A | Dividend | J | T | Sold (part) | 02/27/17 | J | A | |
| 27. SCH ST US TRSR SCHO | A | Dividend | J | T | Buy (add'l) | 07/26/17 | J | | |
| 28. SCH ST US TRSR SCHO | A | Dividend | J | T | Buy (add'l) | 10/25/17 | J | | |
| 29. Vanguard Ltd Term Tax VMLUX | A | Dividend | J | T | | | | | |
| 30. Vanguard Ltd Term Tax VMLUX | A | Dividend | J | T | Buy (add'l) | 02/28/17 | J | | |
| 31. Vanguard Ltd Term Tax VMLUX | A | Dividend | J | T | Buy (add'l) | 12/26/17 | J | | |
| 32. Acct. 97 (H) | | | | | | | | | |
| 33. Vanguard Municipal Bond Fund Short Term VWSUX | A | Dividend | J | T | | | | | |
| 34. Vanguard Municipal Bond Fund Short Term VWSUX | A | Dividend | K | T | Buy (add'l) | 02/28/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 04/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DFA World Ex Core DFWIX | A | Dividend | K | T | | | | | |
| 36. DFA World Ex Core DFWIX | A | Dividend | J | T | Sold (part) | 09/05/17 | J | A | |
| 37. DFA US Targeted Values DFFVX | A | Dividend | K | T | | | | | |
| 38. DFA US Targeted Values DFFVX | A | Dividend | J | T | Sold (part) | 02/28/17 | J | A | |
| 39. DFA US Large Cap Value DFLVX | A | Dividend | K | T | | | | | |
| 40. DFA US Large Cap Value DFLVX | A | Dividend | J | T | Sold (part) | 02/28/17 | J | A | |
| 41. Vanguard Total Bond Mkt Index VBTLX | A | Dividend | J | T | | | | | |
| 42. Vanguard Total Stk Mkt VTSAX | A | Dividend | J | T | | | | | |
| 43. Vanguard Total Stk Mkt VTSAX | A | Dividend | J | T | Sold (part) | 02/28/17 | J | A | |
| 44. Vanguard Total Stk Mkt VTSAX | A | Dividend | J | T | Sold (part) | 09/06/17 | J | A | |
| 45. Vanguard BD Index Fd VBIRX | A | Dividend | J | T | | | | | |
| 46. Vanguard BD Index Fd VBIRX | A | Dividend | J | T | Buy (add'l) | 02/28/17 | J | | |
| 47. IRA - US Bank Cash Equivalent | B | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 04/16/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII:

This, except for line #47 (IRA U.S. Bank), belongs to ████████ and is ███ separate asset held in three different accounts, which may make some of the reporting seem duplicative or redundant, which it is not.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephen S. TROTT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544